IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TANVEER S. MAJID,

   Plaintiff,

v.                                                                 Civil Action No. DKC-20-0233

CENTRAL INTELLIGENCE AGENCY
(CIA),

   Defendant

## MEMORANDUM OPINION

Plaintiff Tanveer S. Majid filed the above-captioned complaint on January 27, 2020, together with a motion to proceed *in forma pauperis*. ECF Nos. 1, 2. Because Plaintiff appears indigent, the motion will be granted. For reasons stated below, however, the complaint shall be dismissed.

Plaintiff filed this complaint *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1), which permits an indigent litigant to commence an action in this court without prepaying the filing fee. To guard against possible abuses of this privilege, the statute requires dismissal of any claim that is frivolous, malicious, or fails to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(i) and (ii). When considering whether a claim is frivolous, § 1915(e)(2) grants courts "the unusual power to pierce the veil of the complaint's factual allegations and dismiss those claims whose factual contentions are clearly baseless." *Neitzke v. Williams*, 490 U.S. 319, 327 (1989). A complaint is frivolous where "it lacks an arguable basis either in law or in fact." *McLean v. United States*, 566 F.3d 391, 399 (4th Cir. 2009) (quoting *Neitzke*, 490 U.S. at 327).

The complaint alleges that the Defendant Central Intelligence Agency ("CIA") has engaged in "harassment, stalking and surveillance" of Plaintiff 24 hours per day, seven days per week in

multiple states and locations. Plaintiff alleges that the CIA is subjecting him to "frequency harassment" which includes being assaulted electronically through radio and microwave frequencies. Complaint, ECF No. 1. Plaintiff details in a CD, filed with the court as an exhibit, events supporting his allegations. The CD includes video footage taken as Plaintiff drives to various locations. The footage shows vehicles with one headlight on, vehicles that are sitting off the road, and law enforcement vehicles on the side of the road. Text is included in the CD indicating Plaintiff's belief that these otherwise innocuous events represent people that were given his location by "Rogue US Intelligence Agency employees" to spy on Plaintiff.

Because the complaint fails to provide any information that might lead to a reasonable conclusion that some plausible cause of action has accrued on Plaintiff's behalf, it will be dismissed pursuant to § 1915(e)(2).

Accordingly, the motion for leave to proceed *in forma pauperis* will be granted and the complaint will be dismissed without prejudice. A separate order follows.

March 4, 2020                                   _____/s/_____
                                                DEBORAH K. CHASANOW
                                                United States District Judge